1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**
9                   **DISTRICT OF NEVADA**
10

11 ANDRUE LEE JEFFERSON,        Case No. 3:19-cv-00084-RCJ-WGC

12            Petitioner,           **ORDER**

13       v.

14 PERRY RUSSELL, et al.,

15            Respondents.

16

17        In this closed action under 28 U.S.C. § 2254, petitioner has filed a letter docketed as a

18 motion requesting docket entry list of the last entered pleading or order (ECF No. 5).  The court

19 will grant the motion and send petitioner a copy of the docket sheet.

20          IT THEREFORE IS ORDERED that petitioner's motion requesting docket entry list of the

21 last entered pleading or order (ECF No. 5) is **GRANTED**.  The clerk of the court is directed to

22 send petitioner a copy of the docket sheet.

23          DATED:  July 9, 2020.

24

25                             ROBERT C. JONES
                               United States District Judge

26
27
28